

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS Pursuant to 18 U.S.C. § 4100, et seq., | 1:10-cr-00042-SMS |
| UNITED STATES OF AMERICA, | **ORDER** |
| Plaintiff, | |
| vs. | |
| DAVID JOHN CALDER, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(g), the Honorable Sandra M. Snyder, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about February 24, 2010, in Fresno, California, relating to the proposed transfer of offender from the United States of America to the United Kingdom, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

Entered this 22cd day of February, 2010, at Fresno, CA.

Anthony W. Ishii,
Chief United States District Judge